**Motion Denied as Moot and Abatement Order filed December 15, 2020**



In The

# Fourteenth Court of Appeals

_____

NO. 14-20-00257-CV
_____

**DENTON TRANSITIONAL LTCH, L.P., Appellant**

**V.**

**DALLAS METRO SURGERY CENTER, LLC AND ELITE ORTHOPEDIC AND SPINE SURGERY CENTER, LLC, Appellee**

---

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-21147**

---

## O R D E R

Appellees filed an unopposed fourth motion to extend time to file their brief. The motion indicates the parties have reached a settlement in principle and are finalizing the settlement agreement.

On our own motion, we abate this appeal for 60 days to allow the parties time to finalize their settlement agreement. Appellees' motion to extend time is denied as moot.

This appeal is abated, treated as a closed case, and removed from this court's active docket for a period of **60 days**. The appeal will be reinstated on this court's active docket after 60 days, or when a motion to reinstate or motion dismiss the appeal is filed. The court may reinstate the appeal on its own motion.

PER CURIAM

Panel consists of Justices Christopher, Wise, and Hassan.